**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

_____

No. 98-50417
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

VERSUS

MICHAEL DAVID FONDREN,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Western District of Texas
(P-97-CR-36-1)
_____

April 15, 1999

Before GARWOOD, DAVIS, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

After reviewing the record in this case and considering the briefs of the parties, we conclude that under all the facts and circumstances presented, the district court did not err in concluding that the border patrol officer had reasonable suspicion sufficient to justify the stop of defendant's vehicle.

AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.